IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

RICKEY DAVIS, JR.
ADC #135373                                                                                   PLAINTIFF

V.                           CASE NO. 3:10CV00177 JLH-BD

DICK BUSBY, et al.                                                                        DEFENDANTS

## ORDER

On August 6, 2010, Plaintiff filed this action *pro se* under 42 U.S.C. § 1983. (Docket entry #2)  Because Plaintiff's Complaint was deficient, Plaintiff was ordered to file an Amended Complaint.  (#3)  On August 23, 2010, Plaintiff filed his Amended Complaint.  (#6)  Although Plaintiff complied with the Court's order by specifically stating his serious medical need and the injury he suffered as a result of the Defendants' alleged delay in treatment, he did not identify the people who acted unconstitutionally.

Accordingly, Plaintiff is ordered to file a Second Amended Complaint within thirty (30) days of entry of this Order specifically identifying the individuals who acted unconstitutionally and stating how those individuals violated his constitutional rights.  Failure to timely and completely respond to this Order may result in dismissal of Plaintiff's Complaint.  See Local Rule 5.5(c)(2).

IT IS SO ORDERED this 24th day of August, 2010.

_____
UNITED STATES MAGISTRATE JUDGE