**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**RICKEY DAVIS, JR.**
**ADC #135373**                                                                                               **PLAINTIFF**

V.                                      **CASE NO. 3:10CV00177 JLH-BD**

**DICK BUSBY, et al.**                                                                                        **DEFENDANTS**

## ORDER

Federal courts are required to screen prisoner complaints seeking relief against a governmental entity, officer, or employee. 28 U.S.C. § 1915A. The Court must dismiss a complaint or portion thereof if the prisoner has raised claims that: (a) are legally frivolous or malicious; (b) fail to state a claim upon which relief may be granted; or (c) seek monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915A.

The Court has screened Plaintiff's Complaint, Amended Complaint, and Second Amended Complaint and it appears Plaintiff has stated an Eighth Amendment deliberate indifference claim against Defendants Busby, Boyd, and Bonner. Accordingly, service is proper for those Defendants.

The Clerk of Court is directed to prepare summonses for Defendants Busby, Boyd, and Bonner, and the United States Marshal is directed to serve copies of the Complaint, Amended Complaint, and Second Amended Complaint with any attachments (docket entries #2, #6, and #11), and the summonses for these Defendants through the Crittenden County Sheriff's Department, 350 AFCO Road, West Memphis, Arkansas 72301, without prepayment of fees and costs or security therefor.

Service is not proper for the Doe Defendants. The Federal Rules of Civil Procedure allow 120 days in which to serve defendants. FED. R. CIV. P. 4(m). If Plaintiff wishes to proceed against the Jane Doe Defendants, he must identify and serve those Defendants before January 7, 2011.

IT IS SO ORDERED this 9th day of September, 2010.

_____
UNITED STATES MAGISTRATE JUDGE