**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**RICKEY DAVIS, JR.**                                                      **PLAINTIFF**
**ADC # 135373**

**v.**                               **NO. 3:10CV00177 JLH-BD**

**DICK BUSBY,** *et al.*                                              **DEFENDANTS**

**ORDER**

The Court has received the Partial Recommended Disposition from Magistrate Judge Beth

Deere.  No objections have been filed.   After careful review of the recommendation, the Court

concludes that the Partial Recommended Disposition should be, and hereby is, approved and adopted

as this Court's findings in all respects in its entirety.

Accordingly, Plaintiff's claims against the Jane Doe defendants are dismissed without

prejudice under Fed. R. Civ. P. 4(m) for failure to obtain service of process upon them.

IT IS SO ORDERED this 14th day of March, 2011.

_____
UNITED STATES DISTRICT JUDGE