# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**RICKEY DAVIS, JR.**
**ADC #135373**                                                                                  **PLAINTIFF**

**V.**                 **CASE NO. 3:10CV00177 BD**

**DICK BUSBY, et al.**                                                            **DEFENDANTS**

## ORDER

The Defendants have moved to continue the bench trial now scheduled for October 3, 2011, and to extend all deadlines. (Docket entry #45) For good cause, the motion (#45) is GRANTED. The Court will promptly issue a new scheduling order.

IT IS SO ORDERED this 29th day of August, 2011.

_____
UNITED STATES MAGISTRATE JUDGE