# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

**RICKEY DAVIS, JR.**
**ADC #135373**                                                                                     **PLAINTIFF**

V.                           CASE NO. 3:10CV00177 BD

**DICK BUSBY, et al.**                                                                              **DEFENDANTS**

## ORDER

Defendants have moved for a second extension of time to file dispositive motions. (Docket entry #50)  For good cause, the motion (#50) is GRANTED.  Dispositive motions are now due on or before November 3, 2011.

IT IS SO ORDERED this 12th day of October, 2011.

_____
UNITED STATES MAGISTRATE JUDGE